ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                          )
                                                     )
MacKenzie Management Company                         )     ASBCA Nos. 63203, 63204
                                                     )
Under Contract Nos. DACA-31-5-15-414                 )
                    DACA-31-5-14-402                  )

APPEARANCE FOR THE APPELLANT:          Rita Piel, Esq.
                                         Nelson Mullins Riley & Scarborough LLP
                                         Baltimore, MD

APPEARANCES FOR THE GOVERNMENT:        Michael P. Goodman, Esq.
                                         Engineer Chief Trial Attorney
                                       Paul R. Recupero, Esq.
                                         Engineer Trial Attorney
                                         U.S. Army Engineer District, Baltimore

ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeals must be filed within 90 days of the date of this Order.

Dated:  June 2, 2022

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63203, 63204, Appeals of MacKenzie Management Company, rendered in conformance with the Board's Charter.

Dated:  June 2, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals